JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AQUINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAD F. WOLF, Secretary, United States Department of Homeland Security, a government entity,<br><br>　　　　Defendant. | Case No.: CV 18-10489-CJC (SSx)<br><br>JUDGMENT |

//
//
//
//
//
//
//
//

-1-

This matter came before the Court on Defendant's motion for summary judgment. (Dkt. 20.) On June 2, 2020, the Court granted Defendant's motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing on his complaint against Defendant.

DATED: June 2, 2020

_____
CORMAC J. CARNEY
CHIEF UNITED STATES DISTRICT JUDGE